McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
Nov 18, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | REQUEST TO UN-SEAL SEARCH WARRANTS |
|---|---|
| A SILVER PONTIAC G6, WITH LICENSE PLATE 8KDH327, VIN #1G2ZH17N974264283 | 2:19-SW-967-EFB |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 279-6679 | 2:20-SW-046-EFB |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICAL FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-279-6679 | 2:20-SW-048-CKD |
| A White Chevy Equinox, WITH LICENSE PLATE 8KCR028, VIN # 1GNALAEK5EZ129017 | 2:20-SW-055-CKD |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICAL FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 684-4627 | 2:20-SW-0084-EFB |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICAL FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE | 2:20-SW-0085-EFB |

| | | |
|---|---|---|
| 1 | DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 401-0383 | |
| 2 | | |
| 3 | THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-684-4627 | 2:20-SW-0087-EFB |
| 4 | THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-401-0383 | 2:20-SW-0088-EFB |
| 5 | | |
| 6 | THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-302-5432 | 2:20-SW-0153-CKD |
| 7 | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICAL FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-302-5432 | 2:20-SW-0154-CKD |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | A Grey Honda Accord, WITH LICENSE PLATE 7VNN215, VIN #1HGCR2F76HA006332 | 2:20-SW-0155-CKD |
| 12 | | |
| 13 | THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-279-6679 | 2:20-SW-0181-CKD |
| 14 | | |
| 15 | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICAL FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-279-6679 | 2:20-SW-0182-CKD |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | A WHITE CHEVY EQUINOX, WITH LICENSE PLATE 8KCR028, VIN # 1GNALAEK5EZ129017 | 2:20-SW-0202-AC |
| 20 | | |
| 21 | The person Vin GAINES SR | 2:20-SW-0986-JDP |
| 22 | 2444 Montclair Street Stockton, California | 2:20-SW-0987-JDP |
| 23 | 2015 silver Nissan Altima, with California license plate 7PLA458 | 2:20-SW-0988-JDP |
| 24 | | |

**REQUEST TO UNSEAL**

The search warrants, warrant affidavits, and related case filings in the above-captioned matters have been filed under seal. The investigation to which these matters relate resulted in the grand jury

2

1 returning an indictment on November 5, 2020.  There is no longer a need for these search warrants and
2 related documents to remain under seal.  Accordingly, the United States requests that the above-
3 captioned matters be unsealed.

5  Dated:  November 18, 2020                                             McGREGOR W. SCOTT
                                                                                              United States Attorney

7                                                                          By:   */s/ David Spencer*
                                                                                              DAVID W. SPENCER
8                                                                                             Assistant United States Attorney

3